THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leroy Patterson,       
Appellant.
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Opinion No.  2003-UP-102
Submitted November 20, 2002 - Filed 
 February 5, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Solicitor Ralph E. Hoisington, of Charleston; for Respondent
 
 
 

PER CURIAM: A jury convicted Leroy Patterson 
 of two counts of armed robbery and two counts of grand larceny.  The trial judge 
 sentenced Patterson to fifteen years imprisonment on each armed robbery conviction 
 and five years imprisonment on each larceny conviction, all sentences to run 
 concurrently.  The trial judge also gave Patterson credit for time served prior 
 to trial. 
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Patterson attached to the final brief a petition to 
 be relieved as counsel, stating she had reviewed the record and concluded Pattersons 
 appeal is without legal merit sufficient to warrant a new trial.  Patterson 
 filed a separate pro se response brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, AND HOWARD, JJ., concur.